| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>In Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>JOHNSON, ALAN B | 2. Court or Organization<br>DISTRICT COURT-WYOMING | 3. Date of Report:<br>5/12/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>ACTIVE JUDGE, U.S. DIST. COURT | 5. ReportType (check appropriate type)<br>● Nomination ● Date<br>○ Initial ● Annual ○ Final | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>2120 CAPITOL AVE., SUITE 2242<br>CHEYENNE, WY 82003 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | FORMER MEMBER (RETIRED) | WYOMING NATIONAL GUARD, CHEYENNE, WYO. |
| 2. | CONTINGENT TRUSTEE | LIVING TRUST #I |
| 3. | MEMBER, BOARD OF DIRECTORS | CHEYENNE FRONTIER DAYS |
| 4. | MEMBER, ADVISORY BOARD | UNITED MEDICAL CENTER, HOME HEALTH SERVICES |
| 5. | MEMBER, BOARD OF DIRECTORS | FEDERAL JUDGES ASSOCIATION |
| 6. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

DISCLOSURE FINANCIAL OFFICE<br>2005 MAY 13 P 12: 21<br>RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Lockheed Martin Corp Master Retirement Trust |

## IV. REIMBURSEMENTS  – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | FEDERAL JUDGES ASSOCIATION | MAY 15-17 WASHINGTON, D.C., MEETING OF BOARD OF DIRECTORS (MEALS AND LODGING) |
| 2. | CHEYENNE FRONTIER DAYS | OCT.7-9 CENTENNIAL, WY, MEETING OF BOARD OF DIRECTORS (MEALS AND LODGING) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOHNSON, ALAN B | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method C 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. AMERICAN NATI.BANK | A | Interest | M | T | | | | | |
| 2. UNITED SERVICES AUTO ASSN | A | Int | J | T | | | | | |
| 3. WYOMING DEFERRED COMPENSATION | C | Int | M | T | | | | | |
| 4. First Interstate Bank | A | Interest | L | T | | | | | |
| 5. Excel Energy, Inc. | B | Dividend | K | T | | | | | |
| 6. Wells Fargo Bank | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Cheyenne Frontier Days is a non-profit corporation that organizes and sponsors and week-long western celebration and rodeo for the benefit of the community. Through the Old West Museum it also seeks to collect and preserve historical material from this region as well as a collection of historical carriages and period clothing. The Board of Directors reviews the operation and management of the organization to insure that the mission and objectives are followed.

United Medical Center is the local hospital organization. The provision of nursing and care services to patients in their homes is one of the services provided through United Medical Center. As part of the concern for the quality of patient care members of the public as well as medical professionals have been placed on an advisory board, which meets periodically.

The Federal Judges Association is an organization composed of Federal Judges. Its objectives are to seek to improve the salary, benefits, and working conditions of the Federal judiciary through educational programs, support of legislative initiatives and working closely with the Administrative Offices of United States Courts. The organization is supported by the voluntary payment of dues by its members. I am currently the representative from my circuit on the board and report to the judges in my circuit.

I have deleted Living Trust #1 from VII Investments and Trusts because it is a financial vehicle that was during the reporting period solely under the control of _____ It contained financial interests that are the sole financial interests and responsibility of _____ No portion of the trust is derived from my assets, income or activities or those of _____ I have no knowledge of the financial transactions other having been told that it was created and what the approximate value is. During the reporting period I did not derive or expect to derive a benefit from the trust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date _5/12/05_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544